SOUTHERN DISTRICT OF TEXAS
FILED
9-6-17 BW, CLERK

**COURTROOM MINUTES:**
The Honorable Frances H. Stacy, Presiding
Deputy Clerk: Beverly White
Interpreter None    ERO M Balboa
USPT/USPO ___
☐ OTHER DISTRICT   ☐ DIVISION

3:15 - 4:18 BY DEFT
OPEN 3:08   ADJOURN 3:08
THEIR CASE# ___

**PROCEEDING HELD:**
☐ Initial Appearance          ☐ Counsel Determination Hearing      ☐ Status Hearing
☐ Bond Hearing                ☐ Identity                            ☐ Hearing Continued on ___
☑ Detention Hearing           ☐ Preliminary Hearing                 ☐ Other ___

CASE NUMBER CR H- 17-512

USA VS. Nicholas Isaiah Carlson

AUSA Belt Stabe / John MacKone

☐ Date of arrest ___                                                ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment/Complaint ☐ Information ☐ Superceding
                                                Violation of  ☐ Supervised Release ☐ PTS

☑ Defendant ☐ Material Witness appeared      ☑ with ☐ without counsel

☐ Defendant requests appointed counsel.          ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender       ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $___
☐ Defendant advises that he will retain private counsel. ___

☑ Defendant 10,000.00 bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $ 500.00 Deposit
☐ Defendant ___ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $ ___ Deposit
☐ Defendant ___ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $ ___ Deposit
☐ Surety signatures required as to Defendant(s) ___
☑ Defendant(s) ___ advised of conditions of release
☑ BOND EXECUTED and Defendant to be Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s) ___
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) ___
☐ Order of Detention Pending Trial entered as to Defendant(s) ___
☐ Bond revoked        ☐ Bond reinstated      ☐ Bond Continued
☐ Defendant ___ remanded to custody     ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant ___ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause    ☐ Identity

☑ Defendant(s) ___ is/are scheduled on ___ at ___ for:
    ☑ Arraignment now  ☐ Counsel Determination Hearing    ☐ Identity Hearing
    ☐ Detention Hearing  ☐ Preliminary Hearing            ☐ Final Revocation Hearing