MAGISTRATE JUDGE   FRANCES H. STACY
CASE MANAGER   BEVERLY WHITE           TAPE ERO  M Balboa   9-6-17
USPS / USPO   ups                      INTERPRETER  None
TIME ____ A.M.  begin   3:16 begin  3:18 end  P.M.    DATE  9-6-17

CR. NO.  17-512         USDJ  Atlas

UNITED STATES OF AMERICA
VS.                                    Bob Stabe _____ AUSA

Deft. No.   Deft. Name
           Nicholas Isaiah Carlson §   John MacVane

add'l defts on reverse side            new atty info on reverse    Appt - A,  Retd - R,  FPD - F

## ARRAIGNMENT

[✓]...Arraignment held.        [ ] Arraignment held on superseding indictment.   [ ] Arraignment not held.
[✓]...Deft _____ first appearance with counsel.   [ ] Deft _____ appeared without counsel.
[ ]...Deft _____ Waiver of Indictment executed (for criminal information).
[✓]...Deft _____ enters a plea of not guilty.     [ ] Deft _____ enters a plea of guilty.
[ ]...Deft _____ plea of guilty probable; pro forma plea of not guilty entered.
[ ]...Deft _____ rearraignment set _____ at _____ before Judge _____.
[ ]...Waiver of Speedy Trial executed.
[✓]...Scheduling Order  [✓] issued w/cc to parties.   [ ] to be mailed.   [ ] not issued.
[ ]...Deft _____ Order for PSI setting Disclosure and Sentencing dates signed.   [ ] PSI waived.
[ ]...Deft _____ sentencing set _____ at _____.
[ ]...Deft _____ failed to appear, bench warrant to issue.
[✓]...Deft _____ bond [✓] set  [ ] reduced to $ 10,000.00   [ ] Cash  [ ] Surety  [ ] 10%  [ ] PR.
                                                500.00 dep.
[ ]...Deft _____ bond continued.
[ ]...Deft _____ remanded to custody.
[ ]...Deft _____ Nebbia Hearing held (conflict of interest).
OTHER PROCEEDINGS: _____

Copy to:    Case Manager for USDJ
            USPO (if PSI ordered)        see reverse