United States District Court
Southern District of Texas

**ENTERED**

July 27, 2021

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-512 |
| | § | |
| | § | |
| NICHOLAS ISAIAH CARLSON | § | |
| | § | |

**ORDER**

Based on the motions, filings, and hearing, the court orders as follows:

Nicholas Isaiah Carlson must not, except through counsel, directly or indirectly, communicate with the court or its staff, either in person or by telephone, mail, or other means;

Carlson must not, except through counsel, directly or indirectly, communicate with the AUSA handling this case or anyone else in the United States Attorney's Office, either in person or by telephone, mail, or other means;

Carlson must meet with the Probation Officer in person at least every 30 days;

Carlson must meet with the licensed sex-offender therapist designated by the Probation Office, as the Probation Officer and the therapist direct, including fully participating in and timely complying with all the therapist's and Probation Officer's written assignments and other requirements; and

Carlson must appear before this court on **Monday, August 16, 2021, at 10:00 a.m**., in Courtroom 11-B and advise the court of the specific means by which he is working to resolve his outstanding Oregon warrants.

At that time the court will enter additional orders, if needed.

SIGNED on July 27, 2021, at Houston, Texas.

_____

Lee H. Rosenthal
Chief United States District Judge